Kim E. Hoyt, OSB No. 914080
khoyt@ghrlawyers.com
Jennifer M. Gaddis, OSB No. 071194
jgaddis@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
PO Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891
   Of Attorneys for Defendants CRFR,
   Fletcher, Niles, Zimbrick, and Welby

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOEL A. MEDINA**, | No. 3:23-cv-01203-AB |
| Plaintiff, | **DECLARATION OF ERIC SMYTHE IN SUPPORT OF DEFENDANTS COLUMBIA RIVER FIRE & RESCUE, RICHARD FLETCHER, KELLY NILES, AUSTIN ZIMBRICK, AND RYAN WELBY'S MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES** |
| vs. | |
| **COLUMBIA RIVER FIRE & RESCUE**, an Oregon Municipality, **RICHARD FLETCHER,** as an individual, **KELLY NILES**, as an individual, **AUSTIN ZIMBRICK**, as an individual, **RYAN WELBY**, as an individual, **ST. HELENS PROFESSIONAL FIRE FIGHTERS ASSOCIATION LOCAL #3215**, an Oregon non-profit corporation, **AARON PETERSON**, as an individual, **AARON SCHROTZBERGER**, as an individual, **LISA STROLIS**, as an individual, **JEFF LOCKHART**, as an individual, **KYLE MELTON**, as an individual, **RHONDA MELTON**, as an individual, | |
| Defendants. | |

I, Eric Smythe, swear under penalty of perjury that the following is true:

  1.  I am the Fire Chief for Columbia River Fire & Rescue.

DECLARATION OF ERIC SMYTHE IN SUPPORT OF DEFENDANTS'   Page - 1
MOTION TO AMEND: Joel Medina v. Columbia River Fire & Rescue, et al.

2.    I make this Declaration in Support of the District Defendants' Motion to Amend their Answer and Affirmative Defenses.

3.    I have personal knowledge of the facts set forth herein and make this Declaration based upon my personal knowledge, and I am competent to testify herein.

4.    Plaintiff's employment with the District ended in August 2023, and Plaintiff returned his District-issued cell phone to the District.

5.    In January 2025, the District sought to update its District-issued cell phones.

6.    We were told by our provider, AT&T, that AT&T would provide the District with a credit for older cell phones that we returned to AT&T.

7.    We had several old District-issued phones in storage, including Plaintiff's District-issued cell phone.

8.    As part of the return process, we began deleting District information off the old phones, in anticipation of then turning them back into AT&T for the credit.

9.    In March 2025, the District began the process on Plaintiff's phone. Although it appeared that Plaintiff had preemptively deleted information from his District-issued cell phone, the District located a hidden folder during the deletion process.

10.    This folder contained sexually explicit material, in violation of District policy.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED April 14, 2025.

*s/ Eric Smythe*
Eric Smythe, Fire Chief
Columbia River Fire & Rescue

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **DECLARATION OF ERIC SMYTHE IN SUPPORT OF DEFENDANTS' MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES** on the date indicated below,

[  ]     Via First-Class Mail with postage prepaid
[  ]     Via Facsimile Transmission
[X]     Via Electronic Filing Notice
[X]     Via Email
[  ]     Via Hand Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

Randy J. Harvey, *OSB No. 116714*
Andrew T. Mittendorf, *OSB No. 205394*
Patrick G. Conroy, *OSB No. 223806*
Employment Law Professionals Northwest, LLC
20015 SW Pacific Hwy, Ste. 221
Sherwood, OR 97140
*Phone: (503) 822-5340*
*Facsimile: (503) 433-1404*
*Email: randy@elpnw.com*
*andrew@elpnw.com*
*patrick@elpnw.com*
Of Attorneys for Plaintiff

Noah S. Warman, *OSB No. 172513*
Tedesco Law Group
1316 NE Broadway St Unit A
Portland OR  97232
*Phone: (503) 697-6015*
*Facsimile: (503) 210-9847*
*Email: noah@tlglabor.com*
Of Attorneys for Defendants St. Helens, Peterson, Schrotzberger, Strolis, Lockhart, and Kyle Melton

Lori DeDobbelaere, OSB # 940655
Kilmer, Voorhees & Laurick, PC
2701 NW Vaughn St., Suite 780
Portland, Oregon 97210
*Phone: (503) 224-0055*
*Facsimile: (503) 222-5290*
*Email: ldedobbelaere@kilmerlaw.com*
Of Attorneys for Defendant Rhonda Melton

DATED April 14, 2025.

GARRETT HEMANN ROBERTSON P.C.

*s/ Jennifer M. Gaddis*
Kim E. Hoyt, OSB No. 914080
khoyt@ghrlawyers.com
Jennifer M. Gaddis, OSB No. 071194
jgaddis@ghrlawyers.com
Of Attorneys for Defendants CRFR, Fletcher, Niles, Zimbrick, and Welby

CERTIFICATE OF SERVICE:
Joel Medina v. Columbia River Fire & Rescue, et al.