Randy J. Harvey, OSB #116714
Email: randy@elpnw.com
Patrick G. Conroy, OSB #223806
Email: patrick@elpnw.com

**EMPLOYMENT LAW PROFESSIONALS
NORTHWEST LLC**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

Of Attorneys for Plaintiff Joel A. Medina

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOEL A. MEDINA**,<br><br>        Plaintiff,<br><br>   vs.<br><br>**COLUMBIA RIVER FIRE & RESCUE**, an Oregon Municipality, **RICHARD FLETCHER,** as an individual, **KELLY NILES**, as an individual, **AUSTIN ZIMBRICK**, as an individual, **RYAN WELBY**, as an individual, **ST. HELENS PROFESSIONAL FIRE FIGHTERS ASSOCIATION LOCAL #3215**, an Oregon non-profit corporation, **AARON PETERSON**, as an individual, **AARON SCHROTZBERGER**, as an individual, **LISA STROLIS**, as an individual, **JEFF LOCKHART**, as an individual, **KYLE MELTON**, as an individual, **RHONDA MELTON**, as an individual,<br><br>        Defendants. | Case No. **3:23-cv-01203-AB**<br><br>**PLAINTIFF'S NOTICE OF UNAVAILABILITY** |

PAGE 1 – PLAINTIFF'S NOTICE OF
UNAVAILABILITY

TO: CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that lead counsel for Plaintiff, Randy J. Harvey, is unavailable from April 14, 2026 through April 29, 2026 due to a death in his immediate family.

Mr. Conroy has not been primary counsel on this matter and will have limited availability to proceed with substantive case events during this time.

Plaintiff respectfully requests that depositions, hearings, and similar deadlines not be set during this period.

DATED this 14th day of April 2026.

Respectfully submitted,

**EMPLOYMENT LAW PROFESSIONALS**

By:     */s/ Patrick G. Conroy*
Randy J. Harvey, OSB #116714
Email: randy@elpnw.com
Patrick G. Conroy, OSB# 223806
Email: patrick@elpnw.com

20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

Of Attorneys for Plaintiff Joel A. Medina

PAGE 2 – PLAINTIFF'S NOTICE OF UNAVAILABILITY