Randy J. Harvey, OSB #116714
Email: randy@elpnw.com
Patrick G. Conroy, OSB #223806
Email: patrick@elpnw.com
**EMPLOYMENT LAW PROFESSIONALS NORTHWEST LLC**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

Of Attorneys for Plaintiff Joel A. Medina

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOEL A. MEDINA,<br><br>             Plaintiff,<br><br>        vs.<br><br>COLUMBIA RIVER FIRE & RESCUE, an Oregon Municipality, RICHARD FLETCHER, as an individual, KELLY NILES, as an individual, AUSTIN ZIMBRICK, as an individual, RYAN WELBY, as an individual, ST. HELENS PROFESSIONAL FIRE FIGHTERS ASSOCIATION LOCAL #3215, an Oregon non-profit corporation, AARON PETERSON, as an individual, AARON SCHROTZBERGER, as an individual, LISA STROLIS, as an individual, JEFF LOCKHART, as an individual, KYLE MELTON, as an individual, RHONDA MELTON, as an individual,<br><br>             Defendants. | Case No. 3:23-cv-01203-AB<br><br><br>DECLARATION OF RANDY J. HARVEY IN SUPPORT OF JOINT MOTION TO EXTEND CASE DEADLINES\ |

///

PAGE 1 – DECLARATION OF RANDY J. HARVEY IN SUPPORT OF JOINT MOTION TO EXTEND CASE DEADLINES

I, Randy J. Harvey, attorney for Plaintiff in the above-entitled matter, declare as follows:

1. I am an attorney representing Plaintiff Joel A. Medina in this matter.

2. I am at least 18 years of age, and competent to attest to the matters stated herein.

3. I have personal knowledge of the facts stated in this declaration and could testify competently to them.

4. I make this Declaration in support of the parties' Joint Motion to Extend Case Deadlines.

5. Good cause exists for the requested extension because the parties are currently engaged in a discovery dispute that the Court took under advisement on April 2, 2026, which has impacted the discovery schedule. The matter is scheduled for hearing on May 15, 2026.

6. Several depositions in this matter were canceled due to issues relating to document production and cannot be effectively rescheduled until any compelled production is received and reviewed.

7. My granddaughter died April 13, 2026, in Gilbert, Arizona from a degenerative condition,  I have been in Arizona with my son's family during her hospice and following her death and have been out of the office until April 27, 2026. Before that, I was back and forth from Oregon to Arizona while she was in palliative care.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of April 2026,

Respectfully submitted,

EMPLOYMENT LAW PROFESSIONALS

By:    */s/ Randy J. Harvey*
Randy J. Harvey, OSB #116714
Email: randy@elpnw.com

20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

Of Attorneys for Plaintiff Joel A. Medina

PAGE 2 – DECLARATION OF RANDY J. HARVEY IN SUPPORT OF JOINT MOTION TO EXTEND CASE DEADLINES

EMPLOYMENT LAW PROFESSIONALS
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404