**BRETT MERSEREAU,** OSB No. 023922
brett@brettmersereau.com
The Law Office of Brett Mersereau, P.C.
P.O. Box 622
West Linn, OR 97068
Telephone: 503-673-3022
Of Attorneys for Defendants Niles, Zimbrick, and Welby

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

|  |  |
|---|---|
| JOEL A. MEDINA, | Case No: 3:23-cv-01203-HZ |
| Plaintiff, | |
| v. | NOTICE OF SUBSTITUTION OF COUNSEL |
| COLUMBIA RIVER FIRE & RESCUE, an Oregon Municipality, RICHARD FLETCHER, as an individual, KELLY NILES, as an individual, AUSTIN ZIMBRICK, as an individual, RYAN WELBY, as an individual, ST. HELENS PROFESSIONAL FIRE FIGHTERS ASSOCIATION LOCAL #3215, an Oregon non-profit corporation, AARON PETERSON, as an individual, AARON SCHROTZBERGER, as an individual, LISA STROLIS, as an individual, JEFF LOCKHART, as an individual, KYLE MELTON, as an individual, RHONDA MELTON, as an individual, | |
| Defendants. | |

Pursuant to Local Rule 83-11(d), the parties and the court are herein notified that Brett

Mersereau, of The Law Office of Brett Mersereau, P.C. is hereby substituted as counsel for

defendants Kelly Niles, Austin Zimbrick, and Ryan Welby.  The law firm of Garrett Hemann

PAGE 1 -        NOTICE OF SUBSTITUTION OF COUNSEL

Robertson P.C., Jennifer M. Gaddis, and Kim E. Hoyt hereby withdraw as counsel for Mr. Niles, Mr. Zimbrick, and Mr. Welby.  The undersigned hereby consents to this notice of substitution and withdrawal.


*s/Brett Mersereau*                     Date:  6/23/26
Barrett C. Mersereau, OSB No. 023922
brett@brettmersereau.com
503-673-3022


*s/Jennifer M. Gaddis*                  Date:  6/23/26
Jennifer M. Gaddis, OSB No. 071194
jgaddis@ghrlawyers.com
503-581-1501


*s/Kim E. Hoyt*                         Date:  6/23/26
Jennifer M. Gaddis, OSB No. 914080
khoyt@ghrlawyers.com
503-581-1501

PAGE 2 -      NOTICE OF SUBSTITUTION OF COUNSEL